

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-13-00360-CR

---

JORGE LUIS CAVAZOS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 85th District Court
Brazos County, Texas
Trial Court No. 11-00914-CRF-85, Honorable J. D. Langley, Presiding

---

February 20, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before this court is a motion to dismiss the appeal signed by both appellant Jorge Luis Cavazos and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.